# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157967(51)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

LEONARD RENEE GREGORY,
Defendant-Appellant.
_____/

SC: 157967
COA: 337320
Monroe CC: 16-243033-FH

On order of the Chief Justice, the motion defendant-appellant to accept his brief in support of the application for leave to appeal is GRANTED. The brief submitted on August 8, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2018



Clerk